# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY SIDBERRY, ) | |
| ) | Civil Action No. 11 - 888 |
| Petitioner, ) | |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| v. ) | |
| ) | |
| JOHN FISHER, *Warden*, et al. ) | |
| ) | |
| Respondents. ) | |

## ORDER

**AND NOW**, this 23rd day of June, 2015, the Petitioner, Corry Sidberry, having filed a Petition for Writ of Habeas Corpus in the above-captioned matter,

**IT IS HEREBY ORDERED** that for the reasons set forth in the Court's Memorandum Opinion also filed on this day, the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is also **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk is to mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order then a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

1

cc: Corey Sidberry
    HK-5626
    SCI Smithfield
    PO Box 999
    1120 Pike Street
    Huntingdon, PA  16652